NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JOSEPH PETERSEN (CA Bar No. 304597)
KILPATRICK TOWNSEND & STOCKTON LLP
JPetersen@kilpatricktownsend.com
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Telephone: 650-614-6427

ATTORNEY(S) FOR: Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY AYIOMAMITIS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-09556-HDV (AS) |
| v. | |
| META PLATFORMS, INC.; AND DOES 1 THROUGH 10, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Meta Platforms, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Anthony Ayiomamitis | Plaintiff |
| Meta Platforms, Inc. | Defendant |

January 5, 2024               /s/ Joseph Petersen
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Meta Platforms, Inc.